Case No:   12-38745-H5-13
Debtor(s):   **Charles Ray Mosely**

## Plan Summary and Statistical Cover Sheet to Proposed Plan

Date:   **11/28/2012**
(Date Should be Date that this Proposed Plan is Signed by Debtor)

### Disposable Income and Plan Payments

| Projected Schedule "I" Income (as shown on most recently filed Schedule I) | Projected Schedule "J" Expenses (as shown on most recently filed Schedule J) | Projected Disposable Income | Beginning Month #* | Ending Month # | Payment Amount | Total Payment |
|---|---|---|---|---|---|---|
| $1,996.92 | $1,546.00 | $450.92 | 1 (Dec 12) | 60 (Nov 17) | $450.00 | $27,000.00 |
| | | | | | Grand Total | $27,000.00 |
| | | | | | Less Posted Chapter 13 Trustee Fee** | $1,606.20 |
| | | | | | Net Available | $25,393.80 |

### Projected Trustee Disbursements to Priority and Secured Creditors

| Name of Holder / Description of Collateral (or "None" if appropriate) | Type of Claim (List Priority Claims, Followed by Claims Secured by Principal Residence, Followed by Other Secured Claims) | Int. Rate | Beg. Month # | End Month # | Payment Amount | Total Payment |
|---|---|---|---|---|---|---|
| **Internal Revenue Service** None | **Priority** | 0.00% | 37 | 47 | Pro-Rata | $1,950.00 |
| **J. Thomas Black** None | **Priority** | 0.00% | 1 | 18 | Pro-Rata | $3,500.00 |
| **PennyMac Loan Services, LLC** 3005 Nita St.; house and lot | **Principal Res.** | 0.00% | 1 | 60 | $225.99 | $13,559.40 |
| **PennyMac Loan Services, LLC** 3005 Nita St.; house and lot | **Principal Res. (Arrearage)** | 0.00% | 18 | 37 | Pro-Rata | $3,700.00 |
| | | | | | Grand Total | $22,709.40 |

---

* If filed in connection with a modification, the first month listed must be the first month in which the debtor was required to make a payment after filing the bankruptcy petition.  All previous payments and proposed payments must be included.

** The Posted Chapter 13 Trustee Fee is based on the percentage listed on the Court's website.

Case No: 12-38745-H5-13
Debtor(s): **Charles Ray Mosely**

| SUMMARY OF PAYMENTS | |
|---|---:|
| Net Available to Creditors | $25,393.80 |
| Less Estimated Attorneys' fees | $3,500.00 |
| Less Total to Priority Creditors | $1,950.00 |
| Less Total to Secured Creditors | $17,259.40 |
| Net Available for Unsecured Creditors | $2,684.40 |
| Estimated General Unsecured Claims | $48,126.87 |
| Forecast % Dividend on General Unsecured Claims | 6% |

| BEST INTEREST TEST | |
|---|---:|
| Value of total non-exempt property | $0.00 |
| Total distributions to all priority and general unsecured creditors | $8,134.40 |