# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS



**ENTERED**
**07/18/2013**

In Re:  Charles Ray Mosely

**Debtor(s)**

Case No.: 12–38745

Chapter:  13

## *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. William E. Heitkamp is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 7/18/13

KAREN K BROWN
United States Bankruptcy Judge